IN THE MATTER OF THE TENURE HEARING OF ROBERT E. DOYLE, SCHOOL DISTRICT OF PEMBERTON, BURLINGTON COUNTY.

October 20, 1987.

Petition for certification denied.

DAVID KENDALL v. LOUISE KENDALL AND TRAILWAYS, INC.

October 20, 1987.

Petition for certification denied.

EDWARD FARRELL v. UTICA MUTUAL INSURANCE COMPANY.

October 20, 1987.

Petition for certification denied.

EDWARD FARRELL v. BOSTON OLD COLONY INSURANCE COMPANY.

October 20, 1987.

Petition for certification denied.